**Order filed July 24, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00328-CV

_____

## IN THE INTEREST OF E.S., A CHILD

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2013-30109**

## O R D E R

Appellant, Abundio Nunez, filed a notice of appeal in this case on April 18, 2014. The clerk's record was filed May 29, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order:

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **August 18, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM